1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CHRISTOPHER JOSEPH KIRK

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           ) No. 1:12-cr-0081 LJO-SKO
                                       )
12           *Plaintiff,*               ) STIPULATION AND ORDER TO CONTINUE
                                       ) STATUS CONFERENCE HEARING
13    v.                               )
                                       ) DATE:   January 14, 2013
14 CHRISTOPHER JOSEPH KIRK,            ) TIME:   1:00 P.M.
                                       ) JUDGE:  Hon. Barbara A. McAuliffe
15           *Defendant.*               )
                                       )
16 _____     )

17         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18 counsel that the status conference in the above-captioned matter now set for November 13, 2012, **may be**

19 **continued to January 14, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

20         This continuance is at the request of defense counsel as defense needs additional time in

21 preparation of this case.  Defense counsel has retained an expert who needs to analyze the forensic

22 evidence in the case.

23         The requested continuance is with the intention of conserving time and resources for both

24 parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in

25 the interests of justice, including but not limited to, the need for the period of time set forth herein for

26 effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.

27 §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

28

```
                                        Respectfully submitted,


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: November 8, 2012         By:    /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CHRISTOPHER JOSEPH KIRK


                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATED: November 8, 2012         By:    /s/ David Gappa
                                        DAVID GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **November 8, 2012**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE

Kirk: Stipulation and Proposed Order                2