JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CHRISTOPHER KIRK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00081 LJO-BAM |
| *Plaintiff,* | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER THEREON |
| CHRISTOPHER KIRK, | ) | |
| *Defendant.* | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Christopher Kirk, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

DATED: January 19, 2013               /s/ Christopher Kirk
                                       CHRISTOPHER KIRK

/ / /

DATED: January 31, 2013                    /s/ Peggy Sasso
                                           PEGGY SASSO
                                           CHARLES J. LEE
                                           Assistant Federal Defender
                                           Attorneys for CHRISTOPHER KIRK


# O R D E R


GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   February 4, 2013**          /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE

Kirk: Rule 43 waiver                    -2-