HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
CHARLES J. LEE, Bar #254302
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER JOSEPH KIRK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>CHRISTOPHER JOSEPH KIRK,<br><br>　　　　*Defendant.* | No. 1:12-cr-0081 LJO / BAM<br><br>STIPULATION TO CONTINUE SECOND STATUS CONFERENCE ;<br>ORDER<br><br>Date:　June 10, 2013<br>Time:　1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

　　**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David L. Gappa, Counsel for Plaintiff, and Assistant Federal Defenders Peggy Sasso and Charles J. Lee, Counsel for Defendant Christopher Joseph Kirk, that the hearing currently set for May 13, 2013 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to June 10, 2013 at 1:00 p.m.**

　　The government communicated a plea offer on May 7, 2013.  Additional time is needed for defense counsel to review the offer with Mr. Kirk, consider the forensic evidence, and engage in further discussions with the government in an attempt to resolve the case without a trial.  The requested continuance will conserve time and resources for both counsel and the court.

　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: May 8, 2013 | */s/ David L. Gappa*<br>DAVID L. GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: May 8, 2013 | */s/ Peggy Sasso*<br>PEGGY SASSO<br>CHARLES J. LEE<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>CHRISTOPHER JOSEPH KIRK |

**ORDER**

This case is continued until June 10, 2013, at 1:00 p.m. and the delay resulting from the continuance shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial. If the parties are able to reach a plea agreement before June 10, 2013, they should schedule the matter for a change of plea in district court.

IT IS SO ORDERED.

Dated: **May 8, 2013**        **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE