BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00081-LJO-BAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| CHRISTOPHER JOSEPH KIRK, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Christopher Joseph Kirk, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Christopher Joseph Kirk's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:
   a. (42) CDs seized from a computer desk drawer
   b. One VHS Tape and Two CDs
   c. Three VHS tapes and three CDs
   d. One CD
   e. Paper invoice with an email address seized from a countertop
   f. One Handwritten note page with word "critter" and three CDs
   g. Playstation memory card seized from a box
   h. Sandisk SC card seized from a camera
   i. Playstation 2 memory card seized from a Playstation

      j. HP Pocket PC seized from a computer desk drawer
      k. Thumb drive seized from top of a computer desk
      l. Compaq I-PAQ Pocket PC and charger seized from computer desk
      m. Seagate hard drive seized from tower under a computer desk
      n. Seagate hard drive seized from a computer desk drawer
      o. Computer tower seized from a computer desk.

  2. The above-listed asset constitutes property containing visual depictions mailed, shipped, or transported in violation of 18 U.S.C. § 2252(a)(2).

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service and/or the Federal Bureau of Investigation in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the

official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

     5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.


IT IS SO ORDERED.

    Dated: __**October 18, 2013**__              __**/s/ Lawrence J. O'Neill**__
                                                                         UNITED STATES DISTRICT JUDGE