BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-CR-00081-LJO-BAM |
| | ) |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER JOSEPH KIRK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

WHEREAS, on October 18, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Christopher Joseph Kirk in the following property:

   a. (42) CDs seized from a computer desk drawer
   b. One VHS Tape and Two CDs
   c. Three VHS tapes and three CDs
   d. One CD
   e. Paper invoice with an email address seized from a countertop
   f. One Handwritten note page with word "critter" and three CDs
   g. Playstation memory card seized from a box
   h. Sandisk SC card seized from a camera
   i. Playstation 2 memory card seized from a Playstation
   j. HP Pocket PC seized from a computer desk drawer
   k. Thumb drive seized from top of a computer desk
   l. Compaq I-PAQ Pocket PC and charger seized from computer desk

1   Final Order of Forfeiture

   m. Seagate hard drive seized from tower under a computer desk
   n. Seagate hard drive seized from a computer desk drawer
   o. Computer tower seized from a computer desk.

  AND WHEREAS, beginning on December 3, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that the United States sent direct written notice by certified mail to the following persons or entities known to have an alleged interest in the above-listed properties: Chelsea Plett.

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Christopher Joseph Kirk.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///

                2 Final Order of Forfeiture

3.	The United States Marshals Service and/or the Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **February 11, 2014**               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE